IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**        **Criminal No. 08-50017-001**

**JORDAN E. MINETTE**                                                              **DEFENDANT**

### O R D E R

   Now on this 17th day of June, 2008, the Court, noting that the Magistrate Judge issued a Report And Recommendation with regard to defendant's Motion To Suppress on June 17, 2008, and that trial of this matter is scheduled for June 30, 2008, hereby reduces the time for objections to be filed with regard to said Report And Recommendation.  Any objections thereto must be filed no later than June 25, 2008.

   **IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**